**Electronically Filed
Supreme Court
SCWC-23-0000492
02-MAR-2026
08:29 AM
Dkt. 18 ODSMR**

SCWC-23-0000492

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AUSTIN ROSA,
Petitioner/Plaintiff-Appellant,

vs.

KAUAʻI POLICE DEPARTMENT; OFFICE OF THE PROSECUTING
ATTORNEY; and COUNTY OF KAUAʻI, STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000492; CASE NO. 5CCV-22-0000023)

ORDER
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Morikone, assigned by reason of vacancy)

Upon consideration of Petitioner/Plaintiff-Appellant

Austin Rosa's Petition for Rehearing, filed on February 25,

2026, which this court construes as a motion for reconsideration

of the February 4, 2026, Order Rejecting Application for Writ of

Certiorari,

IT IS HEREBY ORDERED that the motion is dismissed.

See Hawaiʻi Rules of Appellate Procedure Rule 40.1(h) ("Neither

acceptance nor rejection of an application for a writ of

certiorari shall be subject to a motion for reconsideration in the supreme court.  The rejection of an application for certiorari shall be final.").

DATED: Honolulu, Hawaiʻi, March 2, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

